United States District Court
Southern District of Texas
FILED

SEP 2 4 2010

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

UNITED STATES OF AMERICA        §
                                §        7:10-cr-1393
VS.                             §
                                §
JOSE GUADALUPE LUNA-CARDONA     §

## ORDER

On this the _24th_ day of _September_, 20 _10_, Defendant

JOSE GUADALUPE LUNA-CARDONA's Motion for Continuance was considered.

IT IS HEREBY ORDERED that said Motion for Continuance is hereby { GRANTED /

DENIED }. _and Defendant's Rearraignment is reset for September 29, 2010, at 9:00 a.m._

Signed on this the _24th_ day of _September_, 20 _10_ at

McAllen, Texas.

_____
JUDGE PRESIDING